

# NUMBER 13-24-00514-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

IN THE MATTER OF THE MARRIAGE
OF TAMMY LEE CRUEY AND
STEPHEN PAUL CRUEY AND
STEPHEN PAUL CRUEY,                                   Appellants,

v.

ELENA LEMKE AND BEAUTIFULLY
MODEST BOUTIQUE, LLC D/B/A
BEAUTIFULLY MODEST AND
BEAUTIFULLY MODEST BOUTIQUE
(AN OHIO ENTITY),                                       Appellees.

## ON APPEAL FROM THE 18TH DISTRICT COURT
## OF JOHNSON COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Peña**

This matter is before the Court on a joint motion for non-suit.[1] The joint motion for non-suit is construed by this Court as a motion to dismiss.

Having considered the motion, we are of the opinion that the appeal shall be dismissed pursuant to Texas Rule of Appellate Procedure 42.1(a)(2). *See* TEX. R. APP. P. 42.1(a)(2). Therefore, the motion to dismiss is granted, and the appeal is hereby dismissed. The costs are taxed against the appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
10th day of July, 2025.

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.